UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

ANTONIO HALL, SR.,                              CASE NO.:    3:18-cv-01372-HES-JRK

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

## JOINT STIPULATION TO ARBITRATE CLAIMS AND STAY ACTION

COME NOW Plaintiff Antonio Hall, Sr. ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (Plaintiff and Wells Fargo shall collectively be referred to as the "Parties"), by and through their undersigned counsel, and hereby submit this Joint Stipulation to Arbitrate Claims and Stay Action pending the conclusion of arbitration, respectfully stating as follows:

1. Plaintiff commenced this action by filing a Complaint against Wells Fargo in the United States District Court for the Middle District of Florida – Jacksonville Division, Case Number 3:18-cv-01372-HES-JRK on or about November 19, 2018. *See* Doc. No. 1, Complaint.

2. The Parties, through their respective counsel of record, stipulate and agree to the terms as follows:

    a.    The parties shall submit to binding non-judicial arbitration;

    b.    The arbitration shall be conducted through AAA;

    c.    That the case be stayed pending arbitration, and that each Party shall bear its own attorneys' fees and costs as to this federal court action;

    d.    In all other respects, both parties explicitly agree to arbitrate this dispute consistent with the rules of the dispute forum.

3.    The Parties therefore respectfully request that this Court enter the Agreed Order, which orders that all of the claims in this lawsuit be submitted to final, binding arbitration and that this lawsuit be stayed.

Respectfully submitted this 11th day of January, 2019.

DATED: January 11, 2019        */s/ Artin Betpera*

        Artin Betpera, Esq.
        Florida State Bar No.: 49535
        Womble Bond Dickinson (US) LLP
        3200 Park Center Drive, Suite 700
        Costa Mesa, CA 92626
        Telephone: (714)557-3800
        Facsimile: (714)557-3347
        Artin.Betpera@wbd-us.com
        Attorneys for Defendant,
        Wells Fargo Bank, N.A.

DATED: January 11, 2019        */s/ Shaughn C. Hill*

        Shaughn C. Hill, Esq.
        Florida State Bar No. 105998
        Morgan & Morgan, Tampa, P.A.
        201 N. Franklin Street, 7th Floor
        Tampa, FL  33602
        Telephone: (813)223-5505
        SHill@ForThePeople.com
        SLauredan@ForThePeople.com
        Attorneys for Plaintiff
        Antonio Hall, Sr.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 11, 2019, I have served a copy of the foregoing document by Notice of Electronic Filing or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, facsimile or e-mail.

Shaughn C. Hill, Esq.
Morgan & Morgan, Tampa, P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL  33602
Telephone: (813)223-5505
SHill@ForThePeople.com
SLauredan@ForThePeople.com
Attorneys for Plaintiff
Antonio Hall, Sr.

                                        */s/ Artin Betpera*
                                        Artin Betpera