## UNITED STATES  DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

ANTONIO HALL, SR.,

      **Plaintiff,**

v.                      **CASE No.  3:18-cv-01372-J-20JRK**

WELLS FARGO BANK, N.A.,

      **Defendant.**

_____/

## O R D E R

This matter is before this Court on the Parties' "Joint Stipulation to Arbitrate Claims and Stay Action" (Dkt. 10).  In this Stipulation, the Parties explain that they have agreed to submit all claims of the above-captioned lawsuit to binding, non-judicial arbitration.

Accordingly it is **ORDERED**:

1. The Parties "Joint Stipulation to Arbitrate Claims and Stay Action" (Dkt. 10) is **GRANTED**;

2. The Parties are ordered to submit to arbitration;

3. The arbitration shall be conduced through the American Arbitration Association ("AAA");

4. This case is administratively closed while the Parties are in arbitration. However, every ninety (90) days, Plaintiff shall file a notice to this Court on the progress of the arbitration.

**DONE AND ORDERED** at Jacksonville, Florida, this _16_ day of January, 2019.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

**Copies to:**
Shaughn C. Hill, Esq.
Artin Betpera, Esq.