**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISON**

ANTONIO HALL, SR.,

   Plaintiff,

-vs-

                             CASE NO.: 3:18-cv-01372-HES-JRK

WELLS FARGO BANK, N.A.,

   Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

      **COMES NOW** the Plaintiff, Antonio Hall, Sr., and the Defendant, Wells Fargo Bank, N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

      Respectfully submitted this 10th day of July, 2019.

| | |
|---|---|
| */s/ Shaughn C. Hill* | */s/ Artin Betpera* |
| Shaughn C. Hill, Esquire | Artin Betpera, Esquire |
| Florida Bar#: 0105998 | Florida Bar#: 49535 |
| Morgan & Morgan Tampa, P.A. | Womble Bond Dickinson LLP |
| One Tampa City Center | 3200 Park Center Drive, Suite 700 |
| Tampa, FL 33602 | Costa Mesa, CA 92626 |
| Tele: (813) 223-5505 | Tele: (657) 266-1051 |
| Fax: (813) 223-5402 | Fax: (714) 371-2656 |
| SHill@forthepeople.com | artin.betpera@wbd-us.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |