UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTONIO HALL, SR.,

   **Plaintiff,**

v.                 CASE No. 3:18-cv-01372-J-20JRK

WELLS FARGO BANK, N.A.,

   **Defendant.**

_____/

**ORDER**

  **THIS CAUSE** is before the Court on the Parties "Joint Stipulation of Dismissal with Prejudice." (Doc. 13).

  Accordingly, it is hereby **ORDERED**:

  1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this case is **DISMISSED** with prejudice with each party to bear their own attorneys' fees, costs and expenses; and

  2. The Clerk is directed to **CLOSE** this case.

  **DONE and ORDERED** at Jacksonville, Florida, this ___ day of July, 2019.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

**Copies to:**
Shaughn C. Hill, Esq.
Artin Betpera, Esq.